Curtis C. PHILLIPS Jr., Petitioner

v.

Eric K. DOWDLE, Esquire,
Respondent

**No. 418 MAL 2017**

Supreme Court of Pennsylvania.

November 1, 2017

## ORDER

PER CURIAM

**AND NOW,** this 1st day of November,
2017, the Petition for Allowance of Appeal
is **DENIED.**

PHILADELPHIA PROFESSIONAL
COLLECTIONS, LLC,
Respondent

v.

Elaine MICKMAN, Petitioner

**No. 317 EAL 2017**

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

**AND NOW,** this 27th day of December,
2017, the Petition for Allowance of Appeal
is **DENIED.**

Patricia BRITTAIN a.k.a., Patricia
Maines, Administrator of the Estate
of Barbara Ann Maines, Petitioner

v.

HOPE ENTERPRISES FOUNDATION
INCORPORATED, and/or Hope En-
terprise Inc., and/or William Birt,
and/or Heather Peters and/or Selec-
tive Insurance Company of America,
Respondents

Patricia Brittain, a.k.a., Patricia
Maines, Administrator of the Estate
of Barbara Ann Maines, Petitioner

v.

Hope Enterprises Foundation Incorpo-
rated, and/or Hope Enterprise Inc.
and/or William Birt, and/or Heather
Peters and/or Selective Insurance
Company of America, Respondents

**No. 522 MAL 2017**
**No. 523 MAL 2017**

Supreme Court of Pennsylvania.

January 3, 2018

PER CURIAM

### ORDER

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Randy Harry BROOMALL, Jr., Petitioner**

**No. 554 MAL 2017**

Supreme Court of Pennsylvania.

January 3, 2018

### ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

**IN RE: ADOPTION OF S.R.P.**

**In re: Adoption of S.G.P.**

**In re: Adoption of K.D.P.**

**Petition of: J.P., Natural Father**

**No. 429 WAL 2017**

Supreme Court of Pennsylvania.

January 9, 2018

### ORDER

PER CURIAM

AND NOW, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

**David GOULD, Petitioner**

v.

**WEISSANG, INC., d/b/a Fishers Pharmacy and Jennifer Leibfreid, Respondents**

**No. 343 WAL 2017**

Supreme Court of Pennsylvania.

January 9, 2018